| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number **15−02792** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/28/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jianqiang Yang
dba Kent Young Health, Inc.
2724 S. Bonfield Street
Chicago, IL 60608

| Case Number:   15−02792<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9167 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  630−575−8181 | Bankruptcy Trustee (name and address):<br>Robert B Katz ESQ<br>Law Offices Of Robert B Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604<br>Telephone number:  312−705−1400 |

## Meeting of Creditors:
Date: **March 5, 2015**                    Time: **12:30 PM**
Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 5/4/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date: January 29, 2015 |

**EXPLANATIONS**      B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                    Case No. 15-02792-CAD
Jianqiang Yang                                                            Chapter 7
           Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: cshabez                Page 1 of 1                  Date Rcvd: Jan 29, 2015
                               Form ID: b9a                 Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2015.
db             +Jianqiang Yang,    2724 S. Bonfield Street,    Chicago, IL 60608-5702
22865397       +Charter One,    870 Westminster St,    Providence, RI 02903-4024
22865398       +Charter One Bank,    PO Box 7000,    ROP 450,    Providence, RI 02940-7000
22865400       +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22865401       +Citizens Bank,    606 S. Main Street,    Princeton, IL 61356-2080
22865402       +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Boulevard MS RJW-135,
                 Warwick, RI 02886-1321
22865405        Equifax Information Services, LLC,     1550 Peachtree Street NW,    Atlanta, GA 30309
22865406       +Experian Information Solutions, Inc.,     475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22865407       +Hinshaw & Culbertson,    8142 Solutions Center Drive,    Chicago, IL 60677-8001
22865408       +Hinshaw & Culbertson LLP,    222 N. LaSalle Street,    Suite 300,    Chicago, IL 60601-1081
22865409       +Law Offices of Dean J. Groulx PC,    851 W. Maple Road,    Clawson, MI 48017-1185
22865412       +RBS CItizens,    d/b/a Charter One,    590 S. York Street,    Elmhurst, IL 60126-4466
22865413       +Spring Oaks II,    375 N Stephanie Street,    #911B,    Henderson, NV 89014-8700
22865414       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: courtinfo@sulaimanlaw.com Jan 30 2015 01:18:46      Nathan C Volheim,
                 Sulaiman Law Group, LTD,    900 Jorie Blvd,    Suite 150,   Oak Brook, IL   60523
tr             +EDI: QRBKATZ.COM Jan 30 2015 00:53:00      Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
                 53 West Jackson Blvd,    Suite 1320,   Chicago, IL 60604-4174
22865396       +EDI: BANKAMER2.COM Jan 30 2015 00:58:00      Bank Of America, N.A. *,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
22865399       +EDI: CHASE.COM Jan 30 2015 00:58:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
22865403        EDI: DISCOVER.COM Jan 30 2015 00:58:00      Discover Financial Services,    2500 Lake Cook Road,
                 Deerfield, IL 60015
22865404        EDI: DISCOVER.COM Jan 30 2015 00:58:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
22865410        E-mail/Text: camanagement@mtb.com Jan 30 2015 01:19:56      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Drive  2nd Floor,    Williamsville, NY 14221
22865411        E-mail/Text: camanagement@mtb.com Jan 30 2015 01:19:56      M & T Bank *,    One Fountain Plaza,
                 6th Floor,    Buffalo, NY 14203
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2015 at the address(es) listed below:
              Nathan C Volheim    on behalf of Debtor Jianqiang  Yang courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```